UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

HOWIE SALETELE ALUALU,

    Defendant.

CASE NO. CR19-215-JLR

DETENTION ORDER

<u>Offense charged</u>: Felon in Possession of a Firearm

<u>Date of Detention Hearing</u>: October 29, 2019.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has a lengthy criminal record that includes numerous failures to appear, and bench warrant activity. He is currently under Washington State Department of

Corrections supervision.  The AUSA proffers that defendant had an active Washington State Department of Corrections felony escape warrant at the time of his arrest for the instant offense. (some still active), resisting arrest, and violation of victim no-contact orders.   Defendant does not contest detention.

2. Defendant poses a risk of nonappearance based on failure to appear, active warrant,  non-compliance while on terms of supervision, and commission of a new offense while on supervision, as well as unverified background information.   Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, active protection orders and a history of possessing firearms.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

Officer.

DATED this 29th day of October, 2019.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3