The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 19-0215JLR |
| Plaintiff, | ORDER CONTINUING TRIAL |
| v. | |
| HOWIE SALETELE ALUALU, | |
| Defendant. | |

Having considered the record and the government's March 25, 2020, unopposed motion, and General Order 02-20 for the Western District of Washington, the Court FINDS that trial in this case cannot proceed on the currently scheduled date of April 13, 2020. For the reasons detailed in the unopposed motion, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).

IT IS THEREFORE ORDERED that the government's unopposed motion to continue the trial date and other dates is GRANTED.

The trial date of April 13, 2020, is hereby VACATED.

A status hearing is SCHEDULED for June 1, 2020, at 2:00 p.m. At that status hearing, the Court will set a new trial date.

IT IS FURTHER ORDERED that the time between the date of the filing of the government's unopposed motion and June 1, 2020, is excluded in computing the time within

which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make trial impossible and result in a miscarriage of justice, and would deny counsel for the defendant and government counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

Dated this 27th day of March, 2020.

_____
The Honorable James L. Robart
U.S District Court Judge