The Honorable James L. Robart

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | UNITED STATES OF AMERICA,

No. CR 19-215 JLR

11 |                         Plaintiff,

ORDER CONTINUING TRIAL
AND STATUS HEARING

12 |          v.

13 | HOWIE SALETELE ALUALU,

14 |                         Defendant.

15

16      Having considered the record and the government's unopposed motion filed on April

17 | 22, 2020, and General Orders 02-20 and 07-20 for the Western District of Washington, the

18 | Court FINDS that neither trial nor the currently scheduled status hearing in this case can

19 | proceed before July 1, 2020. For the reasons detailed in the government's unopposed motion,

20 | the ends of justice served by continuing the trial and status hearing outweigh the best

21 | interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i),

22 | (iv).

23      IT IS THEREFORE ORDERED that the parties' joint motion to continue the trial

24 | date, status hearing, and other dates is GRANTED.

25      The status hearing currently scheduled for June 1, 2020, is CONTINUED until

26 | July 1, 2020, at 11:00 a.m. At that status hearing, the Court will set a new trial date.

27      IT IS FURTHER ORDERED that the time between the date of the filing of the

28 | government's unopposed motion and the July 1, 2020, status hearing is excluded in

1   computing the time within which trial must commence because the ends of justice served by

2   granting this continuance outweigh the best interest of the public and the defendant in a

3   speedy trial. 18 U.S.C. § 3161(h)(7)(A). Failure to grant this continuance would likely make

4   trial impossible and result in a miscarriage of justice, and would deny counsel for the

5   defendant and government counsel the reasonable time necessary for effective preparation,

6   taking into account the exercise of due diligence. *Id.* § (B)(i), (iv).

7

8          Dated this 24th day of April, 2020.

9

10         _____

11         JAMES L. ROBART
           United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28