The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOWIE SALETELE ALUALU, <br><br> Defendant. | No. CR19-215-JLR <br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- One Smith and Wesson .22 caliber handgun, bearing serial number HHT4579, and any associated ammunition; and
- One Winchester bolt action rifle, bearing serial number G943850, and any associated ammunition.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

- In the Plea Agreement that Defendant Alualu entered on June 10, 2020, he agreed to forfeit his interest in the above-identified property as property

Final Order of Forfeiture - 1
*United States v. Alualu*, CR19-215-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

involved in or used in the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), to which he entered a guilty plea (Dkt. No. 33, ¶ 7);

- On August 14, 2020, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in it (Dkt. No. 38);

- Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 47), and also provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for Entry of a Final Order of Forfeiture, ¶ 2, Exhibit A); and

- The time for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

Final Order of Forfeiture - 2
*United States v. Alualu*, CR19-215-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this  29th  day of         January        , 2021.

*[signature]*
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Alualu,* CR19-215-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970